UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARQUISE BOOKER, | ) |
| Plaintiff, | ) Case No.: 1:18-cv-03352 |
| v. | ) Honorable Judge Elaine E. Bucklo |
| PROTECTIVE SERVICES AGENCY, INC. | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

NOW COMES KELLEY KRONENBERG, P.A., counsel for Defendant PROTECTIVE SERVICES AGENCY, INC., and moves this Honorable Court to grant it leave to withdraw its appearance on behalf of Protective Services Agency, Inc. due to irreconcilable differences which have developed between counsel and its client.

WHEREFORE, PROTECTIVE SERVICES AGENCY, INC. respectfully requests that this Honorable Court enter an order granting Kelley Kronenberg, P.A. leave to withdraw it appearance on behalf of Protective Services Agency, Inc. and for such further or other relief this Court deems just and proper.

Protective Services Agency, Inc.,

By:   /s/ Adam M. Berger
     One of Its Attorneys

Adam M. Berger
Kelley Kronenberg, P.A.
20 North Clark Street, Suite 2300
Chicago, Illinois 60602
(312) 216-8828
aberger@kklaw.com

1